**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JANE DOE, et al. | * |
| v. | *  Civil No. CCB-13-2861 |
| MARTIN J. O'MALLEY, et al. | * |

\*\*\*\*\*\*

## ORDER

Now before the court are the plaintiffs' motions to proceed under fictitious names and to file declarations under seal. The motions are unopposed by the defendants. Accordingly, because the plaintiffs' motions appear meritorious, it is hereby ORDERED that:

1. The plaintiffs' motion to proceed under fictitious names (ECF No. 3) is **Granted**;

2. The plaintiffs' motion to file declarations under seal (ECF No. 5) is **Granted**;

3. By August 22, 2014, counsel should submit a status report explaining whether, in light of the ruling in *Stephen V. Kolbe, et al. v. Martin J. O'Malley, et al.*, CCB-13-2841, this case should be dismissed without prejudice or administratively closed; and

4. The Clerk shall send copies of this Order to counsel of record.

August 12, 2014              _____/S/_____
Date                         Catherine C. Blake
                             United States District Judge