**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| JANE DOE, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil No. CCB-13-2861 |
| | ) |
| v. | ) |
| | ) |
| MARTIN J. O'MALLEY, et al., | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Plaintiffs Jane Doe, John Doe, Jack Doe, Wink's Sporting Goods, Atlantic Guns, Inc., Associated Gun Clubs of Baltimore, Inc., Maryland Shall Issue, Inc., Maryland State Rifle and Pistol Association, Inc., and Maryland Licensed Firearms Dealers Association, Inc. (collectively, "Plaintiffs"), hereby advise the Court that they have conferred with counsel for the Defendants and will be entering a dismissal of their Complaint without prejudice.

Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
James W. Porter, III (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

*Counsel for Plaintiffs.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2014, Plaintiffs' Status Report was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

                                           /s/ *John Parker Sweeney*
                                   John Parker Sweeney (Bar No. 08761)